*In re* **WATKINS**, Albert Shawe (MR 20114)
St. Louis, MO

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Albert Shawe Watkins,

who has been disciplined in the State of Missouri, is reprimanded in the State of Illinois.